## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**STEVEN A. WALCOTT, JR. (#344820)**                    **CIVIL ACTION**

**VERSUS**

**EASTERN LOUISIANA MENTAL
HEALTH SYSTEM, ET AL.**                    **NO. 21-00548-BAJ-SDJ**

## RULING AND ORDER

Plaintiff, a detainee confined at the Catahoula Correctional Center, alleges that his constitutional rights were violated while housed at the Eastern Louisiana Mental Health System because he was not provided an appropriate religious diet, was afforded only limited access to the mail system, and did not receive appropriate treatment for various medical needs. (Doc. 1). The Magistrate Judge has now issued a **Report and Recommendation (Doc. 33, the "Report")**, recommending that Plaintiff's action be dismissed without prejudice for Plaintiff's persistent failure to affect service on any of the named Defendants, despite having been afforded multiple extensions, having been granted the assistance of the U.S. Marshal Service to affect service, and having been warned that failure to affect service may result in dismissal. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby

**DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to timely serve the Defendants as required by Federal Rule of Civil Procedure 4(m).

**IT IS FURTHER ORDERED** Plaintiff's pending motions **(Doc. 28, Doc. 31)** be and are hereby **TERMINATED**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 11th day of December, 2023

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**